

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2013

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the Notice of Appeal is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court